STATE OF NEW JERSEY v. CHARLES EDWARD BALL.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE E. VALENZUELA.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES L. MCFADDEN.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN HOVAN.

November 15, 1988.

Petition for certification denied.